# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
### SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | **ORDER GRANTING DEFENDANT'S** |
| Plaintiff, | ) | **MOTION TO CONTINUE SENTENCING** |
| | ) | |
| vs. | ) | |
| | ) | |
| Gregory M. Brooks, | ) | Case No.  1:06-cr-083 |
| | ) | |
| Defendant. | ) | |

Before the Court is defendant Gregory M. Brooks' Motion to Continue Sentencing filed on April 3, 2007.  The motion requests a continuance of the sentencing hearing currently scheduled for April 9, 2007.  The Court **GRANTS** the defendant's Motion to Continue Sentencing (Docket No. 19).  The sentencing hearing scheduled for April 9, 2007, is **CANCELLED**.  The hearing will be rescheduled for Monday, June 11, 2007, at 2:30 p.m., in Bismarck.

**IT IS SO ORDERED**.

Dated this 4th day of April, 2007.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, Chief Judge
United States District Court